(C.D. 4455)

SWANK, INC. *v.* UNITED STATES

Court No. 70/64010

(Dated June 25, 1973)

*Walter E. Doherty, Jr.,* for the plaintiff.
*Harlington Wood, Jr.,* Assistant Attorney General (*Gilbert Lee Sandler,* trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.

(C.D. 4456)

THE TOP COMPANY, INC. *v.* UNITED STATES

Court No. 65/19312 and 47 others

(Dated June 25, 1973)

*Walter E. Doherty, Jr.,* for the plaintiff.
*Harlington Wood, Jr.,* Assistant Attorney General (*Gilbert Lee Sandler,* trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.